61 A.3d 194

Tawine PRUNTY, Petitioner

v.

COURT OF COMMON PLEAS County OF PHILADELPHIA, Attorney General Office, Com. of Pennsylvania, Respondents.

No. 193 EM 2012.

Supreme Court of Pennsylvania.

Feb. 7, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 7th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

61 A.3d 194

Calvin GARRETT, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION & PAROLE, Respondent.

No. 205 EM 2012.

Supreme Court of Pennsylvania.

Feb. 11, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 11th day of February, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**